"O"



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 18-00091-AG |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| v. | |
| EDDIE SANCHEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, violation history, no bail resources.*

and

B.  ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Instant allegations, violation history, criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings.

Dated: 7/24/18

DOUGLAS F. McCORMICK
United States Magistrate Judge